OPINION — AG — ** DOCUMENTARY STAMP TAX — LEASE — TAXABLE ** AN OIL AND GAS LEASE OR AN ASSIGNMENT THEREOF IS A SALE, GRANT, ASSIGNMENT, TRANSFER OR CONVEYANCE OF LAND, TENEMENTS, OR OTHER REALTY (REAL PROPERTY) UNDER THE OKLAHOMA DOCUMENTARY STAMP LAW, 68 O.S. 5101 [68-5101] — 68 O.S. 5107 [68-5107] [68-5107] (CONVEYANCE, REAL PROPERTY, TAXES) CITE: 26 U.S.C.A. 4361, 68 O.S. 5101 [68-5101] (DALE F. CROWDER) ** SEE: OPINION NO. 72-208 (1972) **